IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**STARR INDEMNITY & LIABILITY COMPANY,**

        Plaintiff,

                                            Civil Action No. 5:21-cv-00277
                                            Judge Frank W. Volk

v.

**JUSTICE FAMILY GROUP, LLC,**

        Defendant.

**PROPOSED ORDER OF STIPULATED DISMISSAL**

Plaintiff, Starr Indemnity & Liability Company, hereby stipulates and announces to the Court that Plaintiff has reached a settlement agreement with the Defendant, Justice Family Group, LLC, regarding the claims at the basis of Plaintiff's Complaint in this matter. Defendant, Justice Family Group, LLC, has not answered or otherwise responded to Plaintiff's Complaint in this matter, and its default was entered by the Clerk of Court on June 24, 2021. *See* ECF 7. As a term of the agreement reached between the parties, Plaintiff will voluntarily dismiss, with prejudice, all claims alleged in the Complaint against Defendant, Justice Family Group, LLC.

The Court having reviewed this matter and the representations of counsel herein, hereby **ORDERS** the following:

    1.    The Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of the parties' settlement agreement through May 15, 2022, or earlier if advised that the parties have fully complied with their obligations under the settlement agreement.

    2.    Except as provided for in Paragraph 1, this case is **DISMISSED**, with prejudice.

3. The stipulated dismissal of this action is proper under Rule 41(a)(2) of the Federal Rules of Civil Procedure.

4. Plaintiff's Motion in Support of Entry of Default Judgment [Doc. 8] is denied without prejudice.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTERED:  9th  Day of        September       , 2021.



Frank W. Volk
United States District Judge

Prepared by:

*/s/ Matthew A. Nelson*
Matthew A. Nelson, Esq. (WVSB #9421)
Ashley T. Wentz, Esq. (WVSB #13486)
**Lewis Brisbois Bisgaard & Smith LLP**
707 Virginia Street, E., Suite 1400
Charleston, WV 25301
(304)553-0166 (T)/(304)932-0265 (F)
Matt.Nelson@lewisbrisbois.com
Ashley.Wentz@lewisbrisbois.com